1 | MARK D. LONERGAN (State Bar No. 143622)
MARK I. WRAIGHT (State Bar No. 228303)
2 | miw@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
3 | aag@severson.com
SEVERSON & WERSON
4 | A Professional Corporation
One Embarcadero Center, Suite 2600
5 | San Francisco, California 94111
Telephone: (415) 398-3344
6 | Facsimile: (415) 956-0439

7 | Attorneys for Defendant
WELLS FARGO & COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG KAIGHN AND JANIS KAIGHN, | Case No. 2:16-CV-02370-KJM-EFB |
| Plaintiff, | **WELLS FARGO & COMPANY'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. RULE 7.1** |
| vs. | |
| APPLE, INC, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, BERKSHIRE HATHAWAY, INC., WARREN BUFFETT, CHARLES MUNGER, RONALD OLSEN, MUNGER TOLLES & OLSEN, LLP, GOVERNMENT EMPLOYEES INSURANCE COMPANY, KAISER PERMANENTE, MORGAN STANLEY, WELLS FARGO & COMPANY, KAISER PERMANENTE, BANK OF AMERICAN CORPORATION, DISCOVERY FINANCIAL SERVICES, CITIBANK N.A., AMERICAN INTERNATIONAL GROUP, AMERICAN GENERAL LIFE INSURANCE COMPANY, BILL AND MELINDA GATES FOUNDATION, T-MOBILE USA, ENTERPRISE HOLDINGS, INC,, PARAMOUNT EQUITY MORTGAGE, LLC, GLENN A. SAVONA, ARTHUR MARKHAM, PAUL JULIEN, | |
| Defendant. | |

This Corporate Disclosure Statement is filed by defendant Wells Fargo & Company in compliance with Federal Rule of Civil Procedure 7.1.

1. Wells Fargo Bank, N.A. is a wholly owned subsidiary of Wells Fargo & Co., which is publicly traded on the New York Stock Exchange under the symbol WFC.

2. Berkshire Hathaway Inc. is a publicly held corporation that owns 10% or more of Wells Fargo & Company's stock.

DATED: October 25, 2016     SEVERSON & WERSON
                            A Professional Corporation


                            By:   */s/ Alisa A. Givental*
                                      Alisa A. Givental

                            Attorneys for Defendant WELLS FARGO & COMPANY