1  JAMES C. RUTTEN (SB# 201791)
   MUNGER, TOLLES & OLSON LLP
2  355 South Grand Avenue, 35th Floor
   Los Angeles, California 90071-1560
3  (213) 683-9100; (213) 687-3702 (fax)
   james.rutten@mto.com
4
   Attorneys for Defendant GOVERNMENT
5  EMPLOYEES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS KAIGHN and GREGORY R. KAIGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC., THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, BERKSHIRE HATHAWAY INC., WARREN BUFFETT, CHARLES MUNGER, RONALD OLSON, MUNGER, TOLLES & OLSON LLP, GOVERNMENT EMPLOYEES INSURANCE COMPANY, KAISER PERMANENTE, MORGAN STANLEY, WELLS FARGO & COMPANY, BANK OF AMERICA CORPORATION, DISCOVER FINANCIAL SERVICES, CITIBANK N.A., AMERICAN INTERNATIONAL GROUP, AMERICAN GENERAL LIFE INSURANCE COMPANY, BILL & MELINDA GATES FOUNDATION, T-MOBILE USA, ENTERPRISE HOLDINGS, INC., PARAMOUNT EQUITY MORTGAGE, LLC, GLENN A. SAVONA, ARTHUR MARKHAM, and PAUL JULIEN,<br><br>Defendants. | Case No. 16-CV-02370-KJM-EFB<br><br>**DEFENDANT GOVERNMENT EMPLOYEES INSURANCE COMPANY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3 |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Government Employees Insurance Company, by and through its undersigned counsel, hereby certifies that its parent company is GEICO Corporation.  GEICO Corporation is an indirect subsidiary of Berkshire Hathaway Inc.  Berkshire Hathaway Inc. is a publicly held company.  No publicly held company owns more than 10% of Government Employees Insurance Company's or Berkshire Hathaway Inc.'s stock. |

DATED:  October 26, 2016     MUNGER, TOLLES & OLSON LLP


By:  /s/ James C. Rutten
　　　JAMES C. RUTTEN

Attorneys for Defendant GOVERNMENT EMPLOYEES INSURANCE COMPANY