LEWIS & LLEWELLYN LLP
  Marc R. Lewis (SBN 233306)
  mlewis@lewisllewellyn.com
  Evangeline A.Z. Burbidge (SBN 266966)
  eburbidge@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS KAIGHN and GREGORY R. KAIGHN,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, BERKSHIRE HATHAWAY INC., WARREN BUFFETT, CHARLES MUNGER, RONALD OLSON, MUNGER, TOLLES & OLSON LLP, GOVERNMENT EMPLOYEES INSURANCE COMPANY, KAISER PERMANENTE, MORGAN STANLEY, WELLS FARGO & COMPANY, BANK OF AMERICA CORPORATION, DISCOVER FINANCIAL SERVICES, CITIBANK N.A., AMERICAN INTERNATIONAL GROUP, AMERICAN GENERAL LIFE INSURANCE COMPANY, BILL & MELINDA GATES FOUNDATION, T-MOBILE USA, ENTERPRISE HOLDINGS, INC., PARAMOUNT EQUITY MORTGAGE, LLC, GLENN A. SAVONA, ARTHUR MARKHAM, and PAUL JULIEN,<br><br>Defendants. | Case No. 2:16-CV-02370-KJM<br><br>**DEFENDANT APPLE INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:     Hon. Kimberly J. Mueller<br>Courtroom: 3 |

---

RULE 7.1 CORPORATE DISCLOSURE STATEMENT          CASE NO. 2:16-CV-02370-KJM

1

Defendant Apple Inc. ("Apple"), by and through its undersigned counsel, hereby certifies the following statement of its corporate interests and affiliations pursuant to Federal Rule of Civil Procedure 7.1: (1) Apple is a publicly held corporation; (2) Apple does not have any parent corporation; and (3) no publicly held company owns more than 10% of Apple's outstanding voting shares or stock.

Dated: November 2, 2016

Respectfully submitted,

LEWIS & LLEWELLYN LLP

By: /s/ Marc R. Lewis
Marc R. Lewis, SBN 233306
mlewis@lewisllewellyn.com
Evangeline A.Z. Burbidge, SBN 266966
eburbidge@lewisllewellyn.com
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 800-0592
Facsimile: (415) 390-2127

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Lewis & Llewellyn LLP, 505 Montgomery Street, Suite 1300, San Francisco, CA 94111.

On **November 2, 2016**, I served the following document(s) described as:

**DEFENDANT APPLE INC.'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Lewis & Llewellyn LLP for collecting and processing documents for mailing with the United States Postal Service. I placed the document listed above in a sealed envelope in the manner addressed below and deposited the sealed envelope with the United States Postal Service with the postage fully prepaid:

| | | |
|---|---|---|
| **KAISER PERMANENTE**<br>Becky DeGeorge of registered agent, Corporation Service Company which will do business in California as CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive, Ste 150N<br>Sacramento, CA 95833 | **CITIBANK NA**<br>Gladys L. Aguilera of CT Corporation System<br>818 West 7th St., Ste 930<br>Los Angeles, CA 90017 | **MORGAN STANLEY**<br>Gladys L. Aguilera of CT Corporation System<br>818 West 7th St., Ste 930<br>Los Angeles, CA 90017 |
| **DISCOVERY FINANCIAL SERVICES aka DISCOVER FINANCIAL SERVICES**<br>Amy McLaren<br>c/o The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801 | **THE TRUSTEE OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK**<br>211 w Library<br>535 West 116th Street<br>Mail Code 4324<br>New York, NY 100027 | **GLENN A. SAVONA**<br>Deputy City Attorney<br>221 S. Cortez<br>Prescott, AZ 86303 |
| **ARTHUR MARKHAM**<br>Justice of the Peace/Magistrate<br>221 S. Cortez<br>Prescott, AZ 86303 | **PAUL JULIEN**<br>Justice of the Peace/Magistrate<br>221 S. Cortez<br>Prescott, AZ 86303 | |

I declare that under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 2, 2016**, at San Francisco, California.

_____
Shannon K. Dudley