UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS KAIGHN and GREGORY R. KAIGHN,<br><br>               Plaintiffs,<br><br>          v.<br><br>APPLE, INC., et al.,<br><br>               Defendants. | No.  2:16-cv-02370-KJM-EFB<br><br>ORDER |

Plaintiffs have filed numerous "notices," "statements," "requests," and "applications" since commencement of this action. Many of the filings are not pertinent to issues before the court, are duplicative, or are not properly noticed for hearing. *See* ECF Nos. 5, 7, 11, 31, 69, 72, 74, 81–82 (notices); ECF Nos. 12, 83 (statements); ECF Nos. 6, 63–65, 80 (requests); ECF No. 32 (application).

The multiplicity of plaintiffs' filings is a burden on both the court and defendants and impede the proper prosecution of this action. Plaintiffs' future filings shall therefore be limited. Plaintiffs may only file the following documents:

   a. Proofs of service regarding summons;

   b. One opposition to any motion filed by defendants (and clearly titled as such); and

/////

1

        c. Only one motion pending at any time. Such motion must be properly noticed for hearing. Plaintiffs are limited to one memorandum of points and authorities in support of the motion and one reply to any opposition.

        Failure to comply with this order shall result in improperly filed documents being stricken from the record and may result in a recommendation that this action be dismissed.

        Plaintiffs have also sent several e-mails directly to the court's official e-mail address, which the court has docketed at ECF No. 84. This type of communication to the court's official e-mail address is not provided for by the Local Rules and will be disregarded by the court. Accordingly, the court will block all future communications from plaintiffs to the court's official e-mail. Plaintiffs are limited to submitted any proper filings, subject to the Local Rules and this Order, using the court's CM/ECF system.

        IT IS ORDERED.

Dated: November 21, 2016.

_____
UNITED STATES DISTRICT JUDGE