LEWIS & LLEWELLYN LLP
  Marc R. Lewis (SBN 233306)
  Evangeline A.Z. Burbidge (SBN 266966)
  505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127
Email: mlewis@lewisllewellyn.com
        eburbidge@lewisllewellyn.com

Attorneys for Defendant
APPLE INC.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS KAIGHN AND GREGORY R. KAIGHN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>APPLE INC., THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, BERKSHIRE HATHAWAY INC., WARREN BUFFETT, CHARLES MUNGER, RONALD OLSON, MUNGER, TOLLES & OLSON LLP, GOVERNMENT EMPLOYEES INSURANCE COMPANY, KAISER PERMANENTE, MORGAN STANLEY, WELLS FARGO & COMPANY, BANK OF AMERICA CORPORATION, DISCOVER FINANCIAL SERVICES, CITIBANK N.A., AMERICAN INTERNATIONAL GROUP, AMERICAN GENERAL LIFE INSURANCE COMPANY, BILL & MELINDA GATES FOUNDATION, T-MOBILE USA, ENTERPRISE HOLDINGS, INC., PARAMOUNT EQUITY MORTGAGE, LLC, GLENN A. SAVONA, ARTHUR MARKHAM, and PAUL JULIEN,<br><br>                    Defendants. | Case No. 2:16-cv-02370<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**Hearing**:<br>Date:  December 16, 2016<br>Time: 10:00 a.m.<br>Crtm: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

DEF. APPLE'S NOT. OF MOTION AND MOTION TO DISMISS                                      Case No. 2:16-CV-02370

PLEASE TAKE NOTICE THAT ON December 16, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Kimberly J. Mueller in Courtroom 3 of the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California 95814, Defendant Apple Inc. ("Apple") will and hereby does move to dismiss, with prejudiced and in its entirety, the Complaint filed by Janis Kaighn and Gregory R. Kaighn ("Plaintiffs"). This motion is brought pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6), as well as Federal Rule of Civil Procedure 8, on the grounds stated in the Memorandum of Points and Authorities filed herewith. These grounds include that the Court lacks subject matter jurisdiction over the action, the Complaint fails to state a claim upon which relief can be granted, and Plaintiffs have failed to state a claim with reasonable particularity.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings on file in this matter and the related actions of *Kaighn v. United States*, E.D. Cal. No. 16-cv-02117-KJM-CKD and *Kaighn v. Trump*, E.D. Cal. No. 16-cv-02227-KJM-CKD, any further filings defendants may submit, and any arguments as may be made at the hearing on Apple's motion. Further, Apple joins in the motions to dismiss filed by other defendants in this matter.

Apple's counsel has met its obligations under this Court's Standing Orders to meet and confer prior to filing this Notice of Motion and Motion. While corresponding with Plaintiffs' counsel regarding an extension of Apple's deadline to respond to the Complaint, in addition to agreeing to the extension, Plaintiffs' counsel made clear that no further discussion would dissuade him from pursuing this action. He wrote that "even a momentary thought of fighting this case" was a "big mistake," it would "literally be suicide" to litigate, he would pursue the

///

///

///

///

///

///

1

death penalty in this action, and he "will expose APPLE EMPLOYEES to the DEATH PENALTY."  Email from G. Kaighn to E. Burbidge, dated Oct. 21, 2016.

Dated:  November 22, 2016                    Respectfully submitted,

LEWIS & LLEWELLYN LLP
    Marc R. Lewis
    Evangeline A.Z. Burbidge

By:  /s/ Evangeline A.Z. Burbidge
    Evangeline A.Z. Burbidge

Attorneys for Apple Inc.

2

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on the 22nd day of November, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

By: /s/ Evangeline A.Z. Burbidge
Evangeline A.Z. Burbidge

3